United States District Court
Southern District of Texas
**ENTERED**
September 24, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF TEXAS

### McALLEN DIVISION

| | | |
|---|---|---|
| **Stefan Alexander Ribelin** | § | |
| vs. | § | Civil Action Number 7:18-cv-00201 |
| **National Credit Systems, Inc. et al** | § | |

PURSUANT to the Court's Order of August 27, 2018, and it appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Defendant, **Benj. E. Sherman & Sons, Inc., doing business as Sherman Residential, doing business as Ethos Apartments** on August 27, 2018.

                **DAVID J. BRADLEY**
                Clerk

                By      /s/
                          Karen Lopez, Deputy Clerk

cc: Benj. E. Sherman & Sons, Inc., doing business as Sherman Residential, doing business as Ethos Apartments, c/o Registered Agent, 1999 Bryan St., Suite 900, Dallas, TX 75201