# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| STEFAN ALEXANDER RIBELIN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL CREDIT SYSTEM, INC. and BENJ. E. SHERMAN & SONS, INC. d/b/a SHERMAN RESIDENTIAL d/b/a ETHOS APARTMENT <br><br> Defendants. | Case No. 7:18-cv-00201 <br><br> Honorable Judge Randy Crane |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES STEFAN ALEXANDER RIBELIN ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendants, NATIONAL CREDIT SYSTEM, INC. and BENJ. E. SHERMAN & SONS, INC. d/b/a SHERMAN RESIDENTIAL d/b/a ETHOS APARTMENT , with prejudice. Each party shall bear its own costs and attorney fees.

Dated: November 2, 2018                              Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C, Volheim, Esq.
Federal I.D. 3098183
*Counsel for Plaintiff*
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181

Fax: (630)575-8188<br>
nvolheim@sulaimanlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on August 16, 2018, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

<u>/s/ Nathan C. Volheim</u><br>
Nathan C, Volheim, Esq.